FILED: JUNE 26, 2008
08CV 3658
JUDGE MANNING
MAGISTRATE JUDGE COX
EDA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff**(s): TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and MICHAEL RICHARDSON as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

**Defendant**(s): RIZZA CADILLAC/BUICK/HUMMER, INC. f/k/a TONY RIZZA OLDSMOBILE-CADILLAC, INC.

County of Residence: Cook

County of Residence: Cook

Plaintiffs' Atty: LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Flr,
Chicago IL 60603
312-372-1361

Defendant's Atty:

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:-**N/A**

Defendant:-**N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **791 E.R.I.S.A**

VI.Cause of Action: **Collection Action by multi-employer benefit funds brought pursuant to 129 U.S.C. Sec. 1132 (e)(1) & (e)(2) and 29 U.S.C. 185 (a) & (c)**

VII. Requested in Complaint

Class Action:**No**

Dollar Demand:

Jury Demand:**No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** /s/LaKisha M. Kinsey-Sallis

**Date:** June 23, 2008