# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

## SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and MICHAEL RICHARDSON as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

Plaintiffs

v.

RIZZA CADILLAC/BUICK/HUMMER, INC. f/k/a TONY RIZZA OLDSMOBILE-CADILLAC, INC.,

Defendant.

Docket Number: 08CV 3658

Assigned Judge: JUDGE MANNING
MAGISTRATE JUDGE COX
EDA

Designated Magistrate Judge:

TO: RIZZA CADILLAC/BUICK/HUMMER, INC. f/k/a
TONY RIZZA OLDSMOBILE-CADILLAC, INC.
c/o Inge Siebert, Registered Agent
8425 W. 159th Street
Tinley Park, IL 60477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
--------------------------------
**(By) DEPUTY CLERK**

**June 26, 2008**
--------------------------------
Date

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: July 3rd, 2008 |
| NAME OF SERVER (PRINT)  Philip P. Ducar - Special Process | TITLE Server |

*Check one box below to indicate appropriate method of service-*

[_]  Served personally upon the defendant. Place where served: _____

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_]  Returned unexecuted: _____

XXX  Other (specify): Personally handed the Summons and the Complaint to Ms. Gail Hochendonder, at the business office of Inge Siebert, the R/A for the defendant, Rizza Cadillac/Buick/Hummer, Inc. Service was effected at 8425 W. 159th St., in Tinley Park, Ill., at 11:30 a.m., on July 3'rd, 2008.

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 3'rd, 2008             *Philip P. Ducar*
             Date                         Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477
Address of Server