U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

In the Matter of                                             Case Number: 08 CV 3658
Terrance J. Hancock, et al.
v.
Rizza Cadillac/Buick/Hummer, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rizza Cadillac/Buick/Hummer, Inc. f/k/a Tony Rizza Oldsmobile - Cadillac, Inc.

| NAME (Type or print) |
| --- |
| Richard M. Karr |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Richard M. Karr |

| FIRM |
| --- |
| Gordon & Karr LLP |

| STREET ADDRESS |
| --- |
| 150 North Wacker Drive, Suite 1650 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3127266 | 312-377-4450 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |