U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08 CV 3658
Terrance J. Hancock, et al
v.
Rizza Cadillac/Buick/Hummer, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rizza Cadillac/Buick/Hummer, Inc. f/k/a Tony Rizza Oldsmobile - Cadillac, Inc.

| | |
|---|---|
| NAME (Type or print) <br> James H. Whalen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James H. Whalen | |
| FIRM <br> Gordon & Karr LLP | |
| STREET ADDRESS <br> 150 North Wacker Drive, Suite 1650 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6284242 | TELEPHONE NUMBER <br> 312-377-4450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |