## IN THE UNITED STATES DISTRICT CIRCUIT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I RICHARDSON AND EDWARD DENORMANDIE, AS TRUSTEES OF LOCAL NO. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, ) ) ) ) ) ) ) ) | |
| AND ) | No. 08 CV 3658 |
| ) | |
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I RICHARDSON AND EDWARD DENORMANDIE, AS TRUSTEES OF LOCAL NO. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS PENSION FUND ) ) ) ) ) ) ) | Hon. Blanche M. Manning |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| RIZZA CADILLAC / BUICK / HUMMER, INC. ) | |

## MOTION TO VACATE DEFAULT ORDER

Defendant, RIZZA CADILLAC/BUICK/HUMMER, INC., an Illinois corporation, by and

through its attorneys, Gordon & Karr LLP, pursuant to Federal Rule of Civil Procedure 55 (b)

(2) (c), hereby moves this Court to vacate the Order of Default entered on July 25, 2008, and to

vacate any and all other defaults. In support of this Motion, Defendant states as follows:

1. Defendant was served in this matter on July 3, 2008 by Summons which was

returnable before this Court within twenty (20) days therefrom, on or before July 24, 2008

2. Prior to such service, Defendant's representative, Daniel J. McMillan, had been

engaged in settlement discussions with representatives of the Plaintiffs.

3. Subsequent to such service, Defendant's representative, Daniel J. McMillan, had continued to be engaged in settlement discussions with representatives of the Plaintiffs

4. As a result of the ongoing settlement discussions, and the passage of time attributable in part to Plaintiffs, Defendant inadvertently failed to deliver the Complaint and Summons to its counsel in a manner timely enough that counsel could have filed an Appearance and Answer, or other pleading(s) on behalf of Defendant in this matter.

5. Defendant believes that it has valid and meritorious defenses to certain of the allegations contained in Plaintiff's Complaint

WHEREFORE, Defendant, RIZZA CADILLAC / BUICK / HUMMER, INC., prays that this Court grant Defendant's motion and enter its order to grant Defendant the following relief:

A. Vacate the default order entered by this Court on July 25, 2008, and vacate any and all other default orders entered in this matter;

B. Grant Defendant's counsel leave to file their Appearance instanter;

C. Grant Defendant twenty-eight (28) to answer or otherwise plead in response to Plaintiff's Complaint;

D. Grant Defendant such other and further relief as this Court deems appropriate and just.

Respectfully submitted,

RIZZA CADILLAC/BUICK/HUMMER, INC.

By:  /s/ John C. Eggert
      John C. Eggert,
      Its attorney

John C. Eggert
Gordon & Karr LLP
150 North Wacker Drive
Suite 4950
Chicago, Illinois 60606
312-377-4450