# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TERRANCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL J. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, And TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and MICHAEL RICHRADSON as Trustees of LOCAL NO. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, | ) ) ) ) ) ) ) ) ) ) No. 08 CV 3658 ) ) Judge Manning ) ) ) Magistrate Judge Cox ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| RIZZA CADILLAC/BUICK/HUMMER, INC., f/k/a TONY RIZZA OLDSMOBILE-CADILLAC, INC. | ) ) ) |
| Defendant. | ) |

## NOTICE OF FILING

To:   J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
Dowd, Bloch & Bennett
8 South Michigan Avenue – 19th Floor
Chicago, Illinois 60603

     On August 5, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanch M. Manning, or any judge sitting in her stead, in Room 2125 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion to Vacate Default Order.**

                          Rizza Cadillac/Buick/Hummer, Inc.,
                           Defendant,


                        By:  s/ John C. Eggert
                           One of its Attorneys


John C. Eggert
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois 60606
(312) 377-4450

### CERTIFICATE OF SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

      I, John C. Eggert, an attorney, duly sworn on oath, state that I caused the service of the above-referenced document(s) electronically using the Electronic Case Filing system for the United States District Court for the Northern District of Illinois on July 30, 2008.

                           S/John C. Eggert