UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Terrence J. Hancock, et al.
                       Plaintiff,

v.                                                    Case No.: 1:08−cv−03658
                                                         Honorable Blanche M. Manning

Rizza Cadillac/Buick/Hummer, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 8/5/2008. Defendant's motion to vacate default order entered on 7/25/2008 is granted. Prove up hearing stricken. Defendant to answer or otherwise plead by 9/4/2008. Status hearing set for 9/4/2008 at 11:00 AM. The court urges the parties to settle.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.